IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUK-Coburg-Krankenversicherung AG** )<br>Willi-Hussong Str., subrogee of **Markus** )<br>**Ott**, )<br>      Plaintiff )<br> )<br>v. )<br> )<br>**Garrett M. Keene**; and )<br> )<br>**Jung Ran Kim**, )<br> )<br>      Defendants . )<br>_____ ) | Civil Action No. |

Certificate of Disclosure of Corporate Affiliations and
Financial Interests Pursuant to LCvR 7.1

      I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the Plaintiff is one of several wholly-owned subsidiaries of HUK-COBURG-Holding AG, a corporation all of whose shares are owned by HUK-COBURG Haftpflicht-Unterstützungs-Kasse kraftfahrender Beamter Deutschlands, a mutual insurance company whose insureds are exclusively public employees in Germany. There appear to be no shares owned or traded by the general public, whether in Germany or the United States.

      These representations are made so that judges of this court may determine the need for recusal.

                                              Attorney of Record for Plaintiff

                                              _____
                                              Mike Hadeed, Esq. (Bar # 395388)
                                              Miguel Rivera, Esq. (Bar #467189)
                                              Brandon Gladstone, Esq. (Bar # 448477)
                                              BECKER, HADEED, KELLOGG & BERRY, P.C.
                                              5501 Backlick Road, Suite 220
                                              Springfield, Virginia 22151
                                              (703) 256-1300
                                              (703) 256-3467 (fax)