UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUK-COBURG-KRANKENVERSICHERUNG AG,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT M. KEENE, et al.,<br><br>Defendants. | Civil Action No.  06-0919 (JDB) |

## ORDER

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within one hundred and twenty (120) days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  More than one hundred and twenty days have passed since the filing of the complaint in this civil action, and it does not appear from the record that defendants Garrett M. Keene and Jung Ran Kim have been served.  Accordingly, it is hereby

**ORDERED** that plaintiff Huk-Coburg-Krankenversicherung AG shall, by not later than October 10, 2006, either (1) file with the Court proof that defendants have been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  If plaintiffs fail to comply with this Order or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

SO ORDERED.

      /s/ John D. Bates
**JOHN D. BATES**
**United States District Judge**