UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUK-COBURG-KRANKENVERSICHERUNG AG,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GARRETT M. KEENE, et al.,**<br><br>    Defendants. | Civil Action No.  06-0919 (JDB) |

### ORDER

On May 15, 2006, plaintiff filed a complaint against defendants Garrett M. Keene and Jung Ran Kim seeking subrogation on behalf of its insured.  The Federal Rules of Civil Procedure require that service of the summons and complaint be made upon a defendant within 120 days after the filing of the complaint.  See Fed. R. Civ. P. 4(m).  If it is not, the Court may dismiss the action without prejudice as to the unserved defendant(s) or direct that service be accomplished within a specified time.  Id.  On September 21, 2006 -- more than 120 days after the filing of the complaint -- this Court, on its own initiative, issued an order requiring plaintiffs to file with the Court by October 10, 2006, either (1) proof that defendants had been served with the summons and complaint, or (2) a written explanation as to why plaintiff had failed to complete service within 120 days.  Plaintiff has failed to comply with that order.  Accordingly, it is this 13th day of October, 2006, hereby

**ORDERED** that the case is dismissed without prejudice for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

-1-

SO ORDERED.

           /s/ John D. Bates
           **JOHN D. BATES**
      **United States District Judge**

Date: October 13, 2006