IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| HUK-Coburg-Krankenversicherung AG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-CV919 |
| ) | |
| GARRETT M. KEENE and ) | |
| JUNG RAN KIM ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DISMISSAL**

COMES NOW PLAINTIFF, by counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, files this stipulation dismissing this matter with prejudice as settled.

Mike Hadeed, Esq. (Bar # 395388)
Brandon Gladstone, Esq. (Bar # 448477)
BECKER, HADEED, KELLOGG & BERRY, P.C.
5501 Backlick Road, Suite 220
Springfield, Virginia 22151
(703) 256-1300
(703) 256-3467 (fax)
Counsel for Plaintiff